[No. 37947-0-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINT J.
BRENNAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00687-9, David A. Nichols, J., entered December 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38013-3-I.    Division One.    May 12, 1997.]

THOMAS E. MATHEWS, ET AL., *Respondents*, v.
WILLIAM G. MOORE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-30943-1, Nancy Ann Holman, J., entered December 18, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Agid, JJ.

[No. 38018-4-I.    Division One.    May 12, 1997.]

RSR CORPORATION, ET AL., *Appellants*, v. EAST
ASIATIC COMPANY, LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-18294-3, John M. Darrah, J., entered December 15, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 38076-1-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDI L.
BURKHART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06108-3, Steven G. Scott, J., entered January 25, 1996. *Dismissed* by unpublished per curiam opinion.